**DENIED**

**BY ORDER OF THE COURT**

Counsel have been advised that "[t]he Court does not modify Scheduling Orders to accommodate mediation or settlement negotiations, which occur in every case." (Judge's Procedures § 4 (as incorporated by the Standing Order, Doc. 9 at 2).) *See also* Scheduling Order (Doc. 19 at 1) ("a desire to engage in settlement discussions will not constitute good cause" to modify the Scheduling Order). Moreover, the parties stipulate to extend the deadline for expert witness discovery but do not give any explanation for the request. Accordingly, the parties fail to show good cause for the requested modification of the Scheduling Order and their request is DENIED WITHOUT PREJUDICE.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| N. KELLY HOANG LAW FIRM and NGUYEN-HONG KELLY HOANG a.k.a. N. KELLY HOANG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MINH QUANG HOANG and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 8:21-cv-02051-JLS-DFM<br><br>**ORDER DENYING EXTENSION OF DEADLINE FOR EXPERT WITNESS DISCOVERY AND SETTLEMENT PROCEEDINGS** |
| MINH QUANG HOANG,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>N. KELLY HOANG LAW FIRM and NGUYEN-HONG KELLY HOANG a.k.a. N. KELLY HOANG,<br><br>　　　　Counterdefendant. | Judge: Honorable Josephine Staton |

     Having reviewed Plaintiff/Counter-Defendant's and Defendant/Counter-Claimant's Stipulation to Amend Case Schedule to Extend Deadline for Expert Witness Discovery and Settlement Proceedings, and for good cause shown,

     IT IS ORDERED that the deadlines for conclusion of expert witness discovery and conclusion of settlement proceedings is hereby extended for 60 days.

**DENIED**
BY ORDER OF THE COURT

Dated: May 31, 2023

JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE